

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-20-00604-CV

**IN THE INTEREST OF A.R.M., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00201
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant, A.M., Jr., appeals the trial court's termination of his parental rights. The court-appointed attorney for appellant filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill her ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.); *see In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (applying *Anders* procedures in appeal from order terminating parental rights). In compliance with the procedure set out in *Anders*, appellant's attorney certified that, on February 22, 2021, she served copies of the brief and motion on appellant, and informed appellant of his right to review the record and file his own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel also provided appellant with a "Motion for Pro Se Access to Appellate Record." *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re A.L.H.*, No. 04-18-00153-CV, 2018 WL 3861695, at *2 (Tex. App.—San Antonio Aug. 15, 2018, no pet.); *In re R.R.*, 2003 WL 21157944, at *4.

If appellant wishes to obtain a copy of the record, he must file his written request with this court **no later than March 4, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2021.



Michael A. Cruz,
Clerk of Court